# <u>Fausto Mendoza</u>  ORIGINAL

**40-35 Hamton Avenue, Apt F3**                                                    **Tel. 347.730.2991**

**East Elmhurst, NY 11373**



January 5, 2015

Via: *Pro Se* Office
The Honorable Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re: J & J SPORTS PRODUCTIONS, INC. v ENCUENTRO 103, INC. et. al.
           <u>Civil Action No. 14-CV-5484</u> **(ARR)(RML)**

Dear Judge Levy:

  My name is Fausto Mendoza Castro. I recently purchased the Defendant Corporation, Encuentro 103, Inc. from the individual named Defendant, Anabel Flores. I understand that Defendants' opposition regarding damages is due by January 9, 2015. I am respectfully writing Your Honor to request a three week extension of this deadline (to January 30, 2015). The reason for this request is because I am in the process of retaining counsel. However, perspective counsel is currently out of the country but will be returning shortly. I believe three weeks will allow my attorney sufficient time to familiarize himself with the case and to prepare an opposition. Plaintiff's counsel consents to this extension request.

       I thank Your Honor for considering this matter.

Respectfully submitted,

*[signature]*
Fausto Mendoza

Cc: Paul J. Hooten, Esq. (via *Pro Se* office)